UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOLLY MAID, INC., a
Michigan corporation,

    Plaintiff,

-vs-

                                      Case No. 09-11332
                                      Hon:  AVERN COHN

GARY F. STUPEK, a Wisconsin
resident, et al.,

    Defendants.
_____/

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff has moved for a temporary restraining order.  Outside the fact that plaintiff is a Michigan corporation with its principal place of business in the Eastern District of Michigan, all of the operative facts in the case, including the residences of defendants, lay in Waukesha County, Wisconsin.  Given the geographical difficulties of enforcing a temporary restraining order, it would be imprudent to issue it in this District.  This case more appropriately should have been brought in the Eastern District of Wisconsin.  The motion is DENIED.

    SO ORDERED.


Dated:  April 15, 2009               s/Avern Cohn_____
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

**09-11332 Molly Maid, Inc. V. Stupek, et al**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Gary and Barbara Stupek, 217 Wisconsin Ave, Suite, 205, Waukesha, WI 53186 on this date, April 15, 2009, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager, (313) 234-5160